UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI BARNES,<br>Plaintiff,<br>v.<br>APPLE, INC.,,<br>Defendant. | Case No. 26-cv-11591-SVK<br><br>**ORDER OF RECUSAL** |

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: October 9, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California